IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NORBERT MERTENS,

    Petitioner,

    vs.                                     Civ. No. 15-00899 MV/SCY

JOANA KLEINSORGE-MERTENS,

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on Magistrate Judge Steven C. Yarbrough's Proposed Findings and Recommended Disposition ("PFRD") advising that the Court award Petitioner $4557.50 in costs and $32,482.64 in attorney's fees. ECF No. 59. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed award of attorney's fees and costs. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the record, the Court concurs with the Magistrate Judge's findings and recommendations.

**IT IS THEREFORE ORDERED THAT:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (ECF No. 59) is ADOPTED.

2. Pursuant to 22 U.S.C. § 9007(3), Petitioner is award $4557.50 in costs and $32,482.64 in attorney's fees.

_____
UNITED STATES DISTRICT JUDGE